Joseph M. ALLSBROOK,
Plaintiff—Appellant,

v.

P.A. TERRANGI, Warden, Indian Creek Correctional Center; James Keeling, Former Assistant Warden, Programs; Laura Corrners, Former Assistant Warden, Programs; Maxine Porcher, Director of Therapeutic Program, Indian Creek Correctional Center; Dr. Lalani McCann, Former Director of Medical, Indian Creek Correctional Center; Ms. Bilal, Clinical Social Worker, Supervisor (Housing Unit 6), Indian Creek Correctional Center; Mr. Meyer, Clinical Social Worker, Housing Unit 6A, Indian Creek Correctional Center; Mr. Warr, Clinical Social Worker, Housing Unit 6B, Indian Creek Correctional Center; Ms. Neives; Dr. Edelman, Administrator, Prison Health Services; Dr. Lewin, Defendants—Appellees,

and

Dr. Vernon Smith, Director of Health Services, Virginia Department of Corrections; Ms. Dotson, a Former Employee of the Medical Department at Indian Creek Correctional Center as Head Nurse; and Others, Defendants.

No. 04–6520.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2004.

Decided Jan. 7, 2005.

**310**

Joseph M. Allsbrook, Appellant pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia; Jeff Wayne Rosen, Lisa Ehrich, Pender & Coward, P.C., Virginia Beach, Virginia; Edward Joseph McNelis, III, John David McChesney, Rawls & Mcnelis, P.C., Richmond, Virginia; Roy Barrow Blackwell, Mary Elizabeth Sherwin, Kaufman & Canoles, Norfolk, Virginia, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## ON REHEARING

PER CURIAM.

Joseph M. Allsbrook appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We issued a decision on August 18, 2004, affirming the district court's order in part, but also vacating in part, and remanding for further consideration. *Allsbrook v. Terrangi*, 105 Fed.Appx. 520 (4th Cir.2004) (unpublished). The Appellees then petitioned for rehearing, which we have granted by separate order. We now affirm the district court's order in all respects. As to Allsbrook's claim he received inadequate medical care, we affirm the district court's order denying relief. As to Allsbrook's claim that the prison drug rehabilitation program was unconstitutional under the First Amendment because it required participants to recite a creed, we affirm the district court's order denying relief. As to Allsbrook's assertion that the prison drug rehabilitation program was unconstitutional under the First Amendment because it required him to watch a video recommending participation in a Christian or religious fellowship group, we affirm the district court's dismissal of this claim for failure to exhaust administrative remedies. While the record reveals that on November 8, 2002, Allsbrook filed an informal complaint regarding this claim, Allsbrook provided the district court no documentation proving that he pursued a formal grievance or his available appeals. We note that, because the district court dismissed this claim without prejudice, Allsbrook may yet be able to provide the requisite proof to pursue this claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Allsbrook's motion for appointment of counsel is denied.

*AFFIRMED*